**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JOHN DONAHOE,

                    Plaintiff,

      v.

AMAZON WEB SERVICES, INC.,

                    Defendant.

Case No. 1:25-cv-12467-AK

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff John Donahoe ("Plaintiff") and Defendant Amazon Web Services, Inc. ("Amazon" or "Defendant") (collectively, the "Parties") hereby jointly and respectfully move to extend the current deadlines within the Scheduling Order in this matter by 90 days as set forth in the table below in order to permit the parties sufficient time to explore settlement discussions before commencing depositions:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | June 3, 2026 | September 1, 2026 |
| Dispositive Motion Deadline | July 31, 2026 | October 29, 2026 |
| Opposition to Dispositive Motion Deadline | August 21, 2026 | November 19, 2026 |
| Dispositive Motion Reply Deadline | September 4, 2026 | December 3, 2026 |

In support of their Motion, the Parties state as follows:

1.      Pursuant to the Court's October 29, 2025 Scheduling Order, the deadline for fact discovery is June 3, 2026. The motion for dispositive motions is July 31, 2026. Oppositions are due within 21 days of service of dispositive motions, and replies are due within 14 days of service of oppositions. ECF No. 16.

326299963v.1

2.      The Parties are engaged in discovery. Both Parties have served written discovery requests. Defendant has served its responses to Plaintiff's written discovery requests. Plaintiff has served responses to Defendant's Interrogatories, but has not yet served responses to Defendant's Requests for Production of Documents.

3.      The Parties are currently exploring the possibility of resolving this matter through settlement before proceeding with depositions.

4.      This is the Parties' first request for an extension of the Scheduling Order deadlines.

5.      Neither Party will be prejudiced by the extension requested herein.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court extend the respective Scheduling Order deadlines by 90 days.

Dated:  June 2, 2026

Respectfully submitted,

PLAINTIFF
JOHN DONAHOE

By his attorney,

*/s/ Suzanne L. Herold*
Suzanne L. Herold (BBO #675808)
suzie@heroldlawgroup.com
Herold Law Group, P.C.
127 Main Street
Charlestown, MA 02129
(617) 977-4015 (office)
(413) 262-1077 (cell)
(617) 855-9873 (fax)

DEFENDANT
AMAZON WEB SERVICES, INC.,

By its attorneys,

/s/ *Daniel B. Klein*
Daniel B. Klein (BBO #638059)
dklein@seyfarth.com
Sarah B. Affel (BBO #672651)
saffel@seyfarth.com
Adrienne C. Lee (BBO #713332)
alee@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Telephone:  (617) 946-4800
Facsimile:   (617) 946-4801

326299963v.1

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Daniel B. Klein*

Daniel B. Klein

326299963v.1